# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ARMANDO CARRILLO, et al. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2125-S-BH |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10, et al. | § § § § § § § § | |

### ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Plaintiffs' Motion to Remand and Brief in Support of Same, filed March 2, 2020 [ECF No. 11], is **DENIED**.

**SO ORDERED.**

SIGNED January 11, 2021.

_____
**UNITED STATES DISTRICT JUDGE**